IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

IN RE:                              )
SPRINGFIELD LANDMARKS               )      Case No. 10-63128-11
PRESERVATION TRUST                  )
                                    )
            Debtor.                 )

**LOCAL RULE 2015-2A and B STATEMENT**

COMES NOW Debtor herein, and having been duly sworn upon oath, states as follows:

A.  Pursuant to Local Rule 2015-2A and B, in the best information and belief of the undersigned, the following is true:

1. **No prior petition in bankruptcy has been filed on behalf of Debtor**.

2. **There are no judgments pending against Debtor;**

3. No property of the Debtor is in the hands of a public officer, receiver, trustee, assignee for the benefit of creditors, mortgagee, pledgee, or assignee of rents;

4. Following deposits are being held by utility companies: **None.**

B. As to projected operating statements, pursuant to Local Rule 2015-2A and B, in the best information and belief of the undersigned, the following is true:

1. No sums of money are proposed to be paid for services for a period of thirty (30) days following the filing of this Petition except for general operations;

2. The amounts proposed to be paid for services for a period of thirty (30) days to the Debtor is: None anticipated other than operating expenses.

3. The estimated gain in the operation for the Debtor's business for a period of thirty (30) days following the filing of the Petition is unknown at this time.

4. Debtor has no employees.

                                    SPRINGFIELD LANDMARKS
                                    PRESERVATION TRUST

                                    By /s/ Bill Dunton
                                         Bill Dunton, Treasurer

STATE OF MISSOURI        )
                         ) ss:
COUNTY OF GREENE         )

I, Corporate Officer of the above-named Debtor, hereby swear that the statements contained herein are true according to the best of my knowledge, information and belief.
                                    /s/ Bill Dunton

Subscribed and sworn to before me, a Notary Public, this 24th day of February, 2010.

                                    /s/ Pamela G. Harris
                                    Notary Public

My commission expires: July 17, 2014